**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1950**

DERRICK SALLIS,

           Plaintiff - Appellant,

    v.

MARCIA JONES; SOUTH CAROLINA DEPARTMENT OF SOCIAL
SERVICES; OBO STATE OF IOWA,

           Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Greenville.  Timothy M. Cain, District Judge.  (6:17-cv-03465-TMC)

Submitted:  December 20, 2018           Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick Sallis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Sallis appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we grant Sallis' motion to amend his informal brief, and we affirm for the reasons stated by the district court. *Sallis v. Jones* No. 6:17-cv-03465-TMC (D.S.C. Aug. 7, 2018) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
